Eastern District of Kentucky
FILED
APR 2 1 2015
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## PROBATION OFFICE

**Rozel L. Hollingsworth**
**Chief U.S. Probation Officer**

**100 East Vine Street, Suite 600**
**Lexington, Kentucky 40507-1442**
**Phone: (859) 233-2646**
**Fax: (859) 233-2496**

**April 20, 2015**

The Honorable Joseph M. Hood
Senior U.S. District Judge
101 Barr Street, Suite 306
Lexington, KY 40507-1357

**RE: ADDARRAT, Abdallah Ali**
**Docket No.: 5:07-CR-177-JMH-1**
**Supervised Release**
**<u>Early Termination Request</u>**

Dear Judge Hood:

Abdallah Ali Addarrat was sentenced by the Honorable Jennifer B. Coffman on February 12, 2008 to a 50 month term of imprisonment followed by a four year term of supervised release upon his plea of guilty to Conspiracy to Distribute 100 Kilograms or More of Marijuana, a Schedule I Controlled Substance. Special conditions of supervision include: 1) The defendant shall participate in a substance abuse treatment program and shall submit to periodic drug and alcohol testing at the direction and discretion of the probation officer during the term of supervision; 2) The defendant shall abstain from the use of alcohol; 3) The defendant shall participate in a program of mental health treatment at the direction and discretion of the probation officer, until such time as the defendant is released from the program by the probation officer; 4) The defendant shall submit his person, residence and curtilage, office or vehicle to a search, upon direction and discretion of the United States Probation Office; 5) The defendant shall provide the probation officer with access to any requested financial information; 6) The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless he/she is in compliance with the installment payment schedule; and 7) The defendant shall attend at least 1 AA or NA meeting per week. He was further ordered to pay a $100 special assessment fee which has been paid in full. His term of supervision began on January 4, 2012 and is scheduled to expire on January 3, 2016. Your Honor received transfer of this case on January 8, 2013.

Mr. Addarrat has requested that this officer submit a request for early termination of his supervision. The United States was contacted and has no objection to this early termination.

Of note, on October 1, 2012, Probation Form 12A, Report on Offender Under Supervision, was submitted to Judge Coffman advising that Mr. Addarrat tested positively for Oxycodone on July 31, 2012. He initially denied use but later produced a medical record from Libya showing that he had been prescribed an Oxycodone (Percocet) tablet during the week of July 15, 2012 while he was on Court approved travel to Libya.

To his credit, Mr. Addarrat is currently self-employed as the president of Total Auto Movers, Inc. located in Lexington, Kentucky.

A routine records check revealed that Mr. Addarrat was cited on January 20, 2014 for Failure to Produce Insurance Card and Speeding 16 MPH Over (Limited Access). On April 8, 2014, the Failure to Produce Insurance Card charge was dismissed and the Speeding charge was amended down to Improper Equipment. He was fined $20 and ordered to pay court costs of $143.

At the terminus of this letter, please find a menu for your Honor to direct the probation office as to your wishes. Should Your Honor have any questions or require additional information, the undersigned will be available at the Court's convenience.

Respectfully submitted,

Jon Rapier

Jon R. Rapier
U.S. Probation Officer

**MENU**

__________ Submit Probation Form 35, Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

✓ Denial of early termination request

4/21/15
Date

Joseph M. Hood
The Honorable Joseph M. Hood
Senior U.S. District Judge